IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 20 CR 400 |
| WENDELL KEMP, | ) | Judge Martha M. Pacold |
| | ) | |
| | ) | |
| Defendant. | ) | |

**WENDELL KEMP'S UNOPPOSED MOTION TO
<u>EXPAND CONDITIONS OF BOND</u>**

NOW COMES Defendant, WENDELL KEMP, through his counsel, JOSHUA B. ADAMS, and respectfully requests this honorable court amend the conditions of his release and permit Mr. Kemp to work from Monday through Saturday in Kankakee, Illinois. In support of his motion, Mr. Kemp states the following.

1. On July 28, 2020 this honorable court admitted Mr. Kemp to an unsecured bond and ordered him placed on home incarceration.

2. Mr. Kemp has fully complied with all conditions of his release since his initial appearance.

3. Now, Mr. Kemp secured employment at Platinum Detail in Bourbonnais, Illinois. His hours of employment are from 9am to 6pm Monday through Saturday.

4. Pre-trial Services does not object to this request

5. The government does not object to this request.

Therefore, Mr. Kemp respectfully requests this honorable court modify the conditions of his bond and permit him to work in Bourbonnais, Illinois from 9am to 6pm, Monday through Saturday.

        Respectfully submitted,

        /s/Joshua B. Adams
        Joshua B. Adams
        Counsel for Wendell Kemp

LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1615
Chicago, IL 60604
(312) 566-9173