## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 20 CR 400 |
| WENDELL KEMP, | ) | Judge Martha M. Pacold |
| | ) | |
| | ) | |
| Defendant. | ) | |

## WENDELL KEMP'S UNOPPOSED MOTION TO
## EXPAND CONDITIONS OF BOND

NOW COMES Defendant, WENDELL KEMP, through his counsel,

JOSHUA B. ADAMS, and respectfully requests this honorable court amend the

conditions of his release and remove Mr. Kemp from home incarceration and

place him on a nightly curfew. In support of his motion, Mr. Kemp states the

following.

1. On July 28, 2020 this honorable court admitted Mr. Kemp to an

   unsecured bond and ordered him placed on home incarceration.

2. Mr. Kemp has fully complied with all conditions of his release since his

   initial appearance.

3. Additionally, Mr. Kemp secured employment at Platinum Detail in

   Bourbonnais, Illinois. His hours of employment are from 9am to 6pm

   Monday through Saturday.

4. Mr. Kemp respectfully requests this honorable court downgrade his term of pre-trial release from home incarceration to a nightly curfew, to enable him to take care of personal errands and other family accommodations.

5. Pre-trial Services does not object to this request

6. The government does not object to this request.

Therefore, Mr. Kemp respectfully requests this honorable court modify the conditions of his bond and place him on a nightly curfew.

Respectfully submitted,

/s/Joshua B. Adams
Joshua B. Adams
Counsel for Wendell Kemp

LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1615
Chicago, IL 60604
(312) 566-9173